IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVON BELL, | : | CIVIL ACTION |
| Petitioner, | : | NO. 11-3676 |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT GLUNT, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 9th day of April 2012, upon consideration of the Revised

Petition for Writ of Habeas Corpus (Doc. No. 3), the Brief in Support of the Petition for Writ of

Habeas Corpus (Doc. No. 7), Respondents' Answer to Petition for Habeas Relief (Doc. No. 10),

Petitioner's Reply Brief (Doc. No. 11), the Report and Recommendation filed by United State

Magistrate Judge David R. Strawbridge (Doc. No. 13), and after an independent review of the

pertinent record, it is ORDERED that:

      1.     The Report and Recommendation (Doc. No. 13) is APPROVED and

ADOPTED.

      2.     The Revised Petition for Writ of Habeas Corpus (Doc. No. 3) is DENIED.

      3.     Petitioner has neither shown a denial of a constitutional right, nor

established that reasonable jurists would disagree with this Court's disposition of his claims.

Consequently, a certificate of appealability is DENIED.

                               BY THE COURT:

                               *Joel Slomsky*
                               JOEL H. SLOMSKY, J.